

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALC/DKK

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 6, 2015

By ECF

The Honorable Nina Gershon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Elson Warren
                  Criminal Docket No. 04-354 (S-3) (NG)

Dear Judge Gershon:

        The government respectfully submits this letter to provide public notice that it has filed a letter moving to close the courtroom for a limited time during the suppression hearing in the above-captioned matter scheduled for July 8 and July 9, 2015.  The government filed its motion and proposed order under seal.  The government requests that the Court schedule a public hearing on this motion, and that the date, time and place of the hearing be reflected on the public docket.

        Very truly yours,

        KELLY T. CURRIE
        Acting United States Attorney

        By:      /s/
               Alicyn Cooley
               David K. Kessler
               Assistant U.S. Attorneys
               (718) 254-6389/7202

cc:    Defense counsel (by ECF)